```
                                          FILED
                                    U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA  2006 APR 14  AM 7:38

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| FRANCIS ETIENNE, ET AL. | CIVIL ACTION |
| VERSUS | NO. 03-2595 |
| ELEVATED BOATS, INC., ET AL. | SECTION B(1) |

### ORDER & REASONS

Before the Court is Stokes & Spiehler, Inc.'s Motion for Entry of Rule 54(b) Judgment (Rec. Doc. No. 260). Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed **and** a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No response has been timely filed. Accordingly, this motion is deemed to be unopposed, and further it appearing to the Court that the motion has merit,

**IT IS ORDERED** that the motion is **GRANTED**.

New Orleans, Louisiana, this the 13th day of April, 2006.

UNITED STATES DISTRICT JUDGE

```
___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____
```